United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.BRIAN F. BARTOLOME,<br><br>    Plaintiff(s),<br><br>v.<br><br>DOES 1 THRU 10,<br><br>    Defendant(s).<br>_____/ | No. C 07-04889 MHP<br><br>**CLERK'S NOTICE**<br>**(Scheduling Case Management Conference in Reassigned Case)** |

    This case, having been reassigned to the Honorable Marilyn Hall Patel and all pending hearing dates thus vacated, is hereby scheduled for a case management conference on **Monday, January 14, 2007, at 4:00 p.m.** A Joint Case Management Statement is due ten days prior to the conference. Plaintiff is responsible for forwarding a copy of the form for the Joint Case Management Statement on all defendants, and shall also serve a copy of this notice on all defendants.

Dated: November 30, 2007

Richard W. Wieking
Clerk, U.S. District Court

_____
Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140