UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.BRIAN F. BARTOLOME,<br><br>     Plaintiff,<br><br>   v.<br><br>DOES 1 THRU 10 et al,<br><br>     Defendant. | Case Number: CV07-04889 MHP<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 30, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


D. Brian F. Bartolome
P. O. Box 3045
Santa Monica, CA 90408-3045

Dated: November 30, 2007

                                              Richard W. Wieking, Clerk
                                              By: Anthony Bowser, Deputy Clerk